UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-62468-RAR

**CLAUDIA L. SALVI** and **JHON S. OROZCO**,

Plaintiffs,

v.

**NATIONAL CREDIT SYSTEMS, INC.** and
**WOODLAND OF TALLAHASSEE LLC**,

Defendants.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court upon Plaintiffs' Notice of Settlement ("Notice") [ECF No. 10].  As represented in the Notice, the parties have reached an agreement in principle and are finalizing settlement terms.  Accordingly, the Court having carefully reviewed the file, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.  The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation of dismissal within **forty-five (45) days** from the date of this Order.

2.  The Clerk shall **CLOSE** this case for administrative purposes only.  Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 26th day of January, 2021.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**