UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CLAUDIA L. SALVI and JHON S. OROZCO,

     Plaintiffs,                                                    Case No. 0:20-cv-62468

v.

NATIONAL CREDIT SYSTEMS, INC.
and WOODLANDS OF TALLAHASSEE LLC,

     Defendants.

_____/

---

## STIPULATION OF DISMISSAL WITH PREJUDICE

---

Plaintiffs Claudia L. Salvi and Jhon S. Orozco and Defendants National Credit Systems, Inc. and Woodlands of Tallahassee LLC stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to dismiss this action and all claims asserted by Plaintiffs with prejudice, with all parties to bear their own attorneys' fees and costs.

AGREED AS TO FORM AND CONTENT:


PLAINTIFF:


By: */s/ Jesse S. Johnson*
    JESSE S. JOHNSON
    State Bar No. 69154

GREENWALD DAVIDSON RADBIL PLLC
7601 N. Federal Hwy., Suite A-230
Boca Raton, FL 33487
(561) 826-5477 – Telephone
jjohnson@gdrlawfirm.com

ATTORNEYS FOR PLAINTIFF


DEFENDANT:


By: */s/ Ronnie Guillen*
    RONNIE GUILLEN
    State Bar No. 842001

WINGET, SPADAFORA,
SCHWARTZBERG, LLP
Suntrust International Center
1 SE 3rd Ave., Suite 1950
Miami, FL 33131
(305) 830-0600 – Telephone
(305) 830-0601 – Telecopy
Guillen.R@wssllp.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2021 I filed a copy of the foregoing with the Court using the Clerk of Court's CM/ECF system, which would provide notice to all counsel of record.

/s/ Jesse S. Johnson
Jesse S. Johnson