UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-62468-RAR

CLAUDIA L. SALVI and JHON S. OROZCO,

      Plaintiffs,

v.

NATIONAL CREDIT SYSTEMS, INC. and
WOODLAND OF TALLAHASSEE LLC,

      Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court upon the parties' Stipulation of Dismissal with Prejudice [ECF No. 12].  The Court having reviewed the Stipulation, the record, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED** *with prejudice*, with each party to bear their own attorneys' fees and costs of suit.  The Clerk is instructed to mark this case **CLOSED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 18th day of March, 2021.

_____

**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record